UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20CR0290 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| *v.* | ) | GOVERNMENTS'S MOTION TO |
| | ) | VOLUNTARY DISMISS THE |
| BRANDON ALTHOF-LONG, | ) | INDICTMENT |
| DEVON BRYCE POLAND | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff United States of America, through undersigned counsel, respectfully moves this Court to voluntarily dismiss, without prejudice, its Indictment filed in the above-captioned case.

Respectfully submitted,

BRIDGET M. BRENNAN
Acting United States Attorney

By:  /s/ Duncan T. Brown
Duncan T. Brown
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Ste 400
Cleveland, OH 44113
(216) 622-3933
(216) 522-8355 (facsimile)
duncan.brown@usdoj.gov